AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

FILED BY _JAS_ D.C.

_____ 1 _ 202_

_____
CLERK U.S. DIST.
S.D. OF FLA. – MIA

Wanda Thomas
_____
Plaintiff(s)

v.

Ray / Roy Diaz, Christina
_____
Defendant(s)

Civil Action No. 2022 CV 20498

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ray / Roy Diaz, Christina
499 NW 70th Avenue Suite 309
Fort Lauderdale, FL 33317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 03/18/22
_____
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| Wanda Thomas <br> _Plaintiff(s)_ <br><br> v. <br><br> Derek Griffith <br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 22cv20498 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Derek Griffith
18001 Old Cutler Road
Suite 352 Palmetto Bay, Florida 33157

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Angela E. Noble**

CLERK OF COURT

Date: 03/18/22

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Wanda Thomas

Plaintiff(s)

v.

Denziel Maynard

Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 2022CV20498

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DENZIEL MAYNARD
1735 NW 107th Street
Miami, Florida 33167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble

*CLERK OF COURT*

Date: 03/18/22

_____
*Signature of Clerk or Deputy Clerk*